# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIANA JELIC** f/k/a **DIANA BODO, MILAN JELIC,**
Appellants,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D16-4219

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Larry Schack, Senior Judge; L.T. Case No. 502012CA022809 AB.

Michael Vater, Kendrick Almaguer and Kyle M. Costello of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Laura M. Carbo of Kahane & Associates, P.A., Plantation, and (substituted as counsel after filing of briefs) Kathleen Angione for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***